UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:10 CV 50454-KAM

JACK T. KRAUSER, D.M.D., an
individual,

    Plaintiff,

v.

BIOHORIZONS, INC., a Delaware
Corporation, BIOLOK INTERNATIONAL,
INC., a Delaware corporation and
BIOHORIZONS IMPLANT SYSTEMS,
INC., a Delaware corporation,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME

THIS MATTER CAME before the Court on Defendants', BIOHORIZONS, INC., BIOLOK INTERNATIONAL, INC., and BIOHORIZONS IMPLANT SYSTEMS, INC., Second Motion for Enlargement of Time to Respond to Amended Complaint in this action, and the Court having reviewed the Motion, being advised of the Plaintiff's objection to the relief requested, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that:

1. Defendants' Second Motion for Enlargement of Time to Respond to Amended Complaint is hereby **GRANTED**; and

1

2. Defendant shall have until May 14, 2010 to Respond to Plaintiff's Amended Complaint.

**DONE AND ORDERED** in Chambers this _____ day of April, 2010.

_____
THE HONORABLE KENNETH A. MARRA
United States District Judge

**Copies furnished to:**

**Ronald M. Gache, Esq.**
Broad and Cassel
One North Clematis Street, Suite 500
West Palm Beach, FL 33401
*Attorney for Plaintiff*

**Gary Woodfield, Esq.**
Haile, Shaw & Pfaffenberger, PA
660 US Hwy One, Third Floor
North Palm Beach, FL 33408
*Attorney for Defendants*