UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80454-CIV-MARRA

JACK T. KRAUSER, D.M.D., an individual,

Plaintiff,

vs.

BIOHORIZONS, INC. a Delaware corporation,
BIOLOK INTERNATIONAL, INC., a Delaware
corporation and BIOHORIZONS IMPLANT
SYSTEMS, INC., a Delaware corporation,

Defendants.
_____/

## JUDGMENT

Based on the separately entered order granting in part and denying in part attorney's fees and expert witness fees, Judgment is hereby entered on behalf of Defendants BioHorizons, Inc., Bio-Lok International, Inc. and BioHorizons Implant Systems, Inc. and against Plaintiff Jack T. Krauser, D.M.D. in the amount of $1,595,062.00 for attorney's fees and $111,535.00 in expert witness fees for a total award of $1,706,597.00. The Judgment shall bear interest at the rate of 0.14% per annum from the date of this Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 31st day of March, 2014.

KENNETH A. MARRA
United States District Judge