UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach)

Case No. 10-CV-80454-MARRA/HOPKINS

JACK T. KRAUSER, D.M.D., an individual,

    Plaintiff,

v.

BIOHORIZONS, INC., a Delaware corporation,
BIOLOK INTERNATIONAL, INC., a Delaware
corporation, and BIOHORIZONS IMPLANT
SYSTEMS, INC., a Delaware corporation,

    Defendants.
_____/

## PLAINTIFF'S CLAIM OF EXEMPTION AND REQUEST FOR HEARING

I, the Plaintiff, Jack T. Krauser, D.M.D., an individual, claim exemptions from garnishment under the following categories as checked:

__X__ 1. Head of family wages. (Check either a. or b. below, if applicable.)

    _____ a. I provide more than one-half of the support for a child or other dependent and have net earnings of $750 or less per week.

    __X__ b. I provide more than one-half of the support for a child or other dependent, have net earnings of more than $750 per week, but have not agreed in writing to have my wages garnished.

_____ 2. Social Security benefits.

_____ 3. Supplemental Security Income benefits.

_____ 4. Public assistance (welfare).

_____ 5. Workers' Compensation.

_____6. Reemployment assistance or unemployment compensation.

_____7. Veterans' benefits.

_____8. Retirement or profit-sharing benefits or pension money.

_____9. Life insurance benefits or cash surrender value of a life insurance policy or proceeds of annuity contract.

_____10. Disability income benefits.

_____11. Prepaid College Trust Fund or Medical Savings Account.

__X__12. Other exemptions as provided by law. (Explain.)

_____The account referenced in Paragraph 1(B) of the Garnishee's, Wells Fargo Bank, N.A., Answer (DE 227) is a retail business account held and owned solely by the non-party Florida corporation, Jack T. Krauser, DMD, P.A., under its unique Tax Identification Number, with an account number ending in 6155. Jack T. Krauser, DMD, P.A. is not liable on the subject judgment and its assets cannot be attached by the subject judgment or garnishment. This particular account is *not* held in the name of "Jack T. Krauser, DMD," as Wells Fargo erroneously asserts. It is held in the name of "Jack T. Krauser, DMD, P.A.," as sole owner. Sheila Krauser and Jack T. Krauser are the two authorized signers on the account.

I request a hearing to decide the validity of my claims. Notice of the hearing should be given to me at:

Address:   Ronald M. Gaché, Esq.
           rgache@logs.com
           Scott A. Simon, Esq.
           ssimon@logs.com
           SHAPIRO, FISHMAN & GACHÉ, LLP
           2424 North Federal Highway, Suite 360
           Boca Raton, FL  33431

Telephone Number:   561-287-5599

2

I CERTIFY UNDER OATH AND PENALTY OF PERJURY that a copy of this CLAIM OF EXEMPTION AND REQUEST FOR HEARING has been furnished by United States mail this _____ day of April, 2014, to the Defendants' attorneys and Garnishees' attorneys on the following service list.

I FURTHER CERTIFY UNDER OATH AND PENALTY OF PERJURY that the statements made in this request are true and correct to the best of my knowledge and belief.

_____
JACK T. KRAUSER, DMD
Date: 4/29/14

STATE OF FLORIDA
COUNTY OF PALM BEACH

Sworn and subscribed to before me this 29 day of April, 2014, by JACK T. KRAUSER, DMD.

_____
Notary Public / Deputy Clerk

Personally Known ✓ OR Produced Identification _____

Type of Identification Produced: _____



JONI R. COSNER
Notary Public - State of Florida
My Comm. Expires Apr 14, 2018
Commission # FF 112394

3

## SERVICE LIST
### Case No. 10-CV-80454-MARRA/HOPKINS

**Gary A. Woodfield, Esq.**
gwoodfield@haileshaw.com
HAILE, SHAW & PFAFFENBERGER
*Attorneys for the Defendants*
660 U.S. Highway One, Third Floor
North Palm Beach, Florida  33408
561-627-8100 (phone)
561-622-7603 (fax)

**Richard Gervase, Esq.**
rgervase@mintz.com
**Seth Goldman, Esq.**
srgoldman@mintz.com
**Timur E. Slonim, Esq.**
tslonim@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
*Attorneys for the Defendants*
666 Third Avenue
New York, New York  10017
212-935-3000 (phone)

**Christopher Neil Sipes, Esq.**
csipes@cov.com
**Michael N. Kennedy, Esq.**
mkennedy@cov.com
**Joseph Scott St. John, Esq.**
sstjohn@cov.com
COVINGTON & BURLING LLP
*Attorney for the Defendants*
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004
202-662-6000 (phone)

**John B. Kent, Esq.**
jkent@marksgray.com
MARKS GRAY, P.A.
*Attorneys for the Garnishee, Wells Fargo Bank, N.A.*
P.O. Box 447 Jacksonville, FL  32201
904-398-0900