UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80454-CIV-MARRA

JACK T. KRAUSER, D.M.D., an individual,

Plaintiff,

vs.

BIOHORIZONS, INC. a Delaware corporation, BIOLOK INTERNATIONAL, INC., a Delaware corporation and BIOHORIZONS IMPLANT SYSTEMS, INC., a Delaware corporation,

Defendants.
_______________________________________/

**ORDER**

This cause is before the Court upon Plaintiff's motion to dissolve the writ (DE 251) and Wells Fargo Bank's motion that a garnishment deposit of $100.00 be paid to Marks Gray, P.A. (DE 227).

This Matter was referred to the Honorable James M . Hopkins, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated May 28, 2014 has been filed. (DE 323.) The Report notes that Plaintiff has withdrawn his claim of exemption over the accounts listed in paragraphs 1(A) and 1(C) of the garnishee's Answer and Defendants are entitled to entry of judgment on those accounts.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) The Report and Recommendation is affirmed and adopted.[1]

2) Plaintiff's motion to dissolve the writ (DE 251) is denied as moot in part with

[1] The Report states that it grants DE 302, however, this is not a motion but Defendants' response to the motion to dissolve the writ.

respect to the accounts listed in paragraphs 1(A) and 1(C) of the garnishee's Answer and remains pending with respect to paragraphs 1(B) before the Magistrate Judge. Judgment shall be separately issued in favor of Defendants and against garnishee Wells Fargo Bank in the amount of $5,004.75.

3) Wells Fargo Bank's motion that a garnishment deposit of $100.00 be paid to Marks Gray, P.A. (DE 227) is granted.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of July, 2014.

KENNETH A. MARRA
United States District Judge